PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Nigel Lamont Webb</u>     Case Number: <u>3:10-00253</u>

Name of Sentencing Judicial Officer: <u>Honorable John T. Nixon, United States District Judge</u>

Date of Original Sentence: <u>April 8, 2011</u>

Original Offense: <u>18 U.S.C. § 2250(a) Failure to Register Under Sex Offender Registration and Notification Act</u>

Original Sentence: <u>Twenty months' custody and ten years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>February 13, 2012</u>

Assistant U.S. Attorney: <u>S. Carran Daughtrey</u>     Defense Attorney: <u>Mariah A. Wooten</u>

---

The Court Orders:

- ☒ No Action at this Time
- ☐ Submit a Request for Modifying the Condition or Term of Supervision
- ☐ Submit a Request for Warrant or Summons
- ☐ Other

Considered this 27th day of February, 2013, and made a part of the records in the above case.

*signed* John T. Nixon
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

*signed*
Donna Jackson
U.S. Probation Officer

Place     Nashville

Date     February 25, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On February 20, 2013, Mr. Webb was given a random drug test. The initial urine sample was diluted and not viable for testing. Mr. Webb provided several more samples and all were diluted. Mr. Webb then admitted to this officer that approximately two to three weeks prior he was given a cigar by a coworker. He reported that after he started smoking the cigar, the coworker told him it was laced with synthetic marijuana. Mr. Webb reported that the cigar made him physically ill. He denied any further use. When a valid urine sample was finally obtained from Mr. Webb it was negative for illegal drug use, including synthetic marijuana.

## Compliance with Supervision Conditions and Prior Interventions:

Mr. Nigel Webb began his term of supervised release on February 13, 2012. He is currently scheduled to complete his term of supervised release on February 12, 2022.

Mr. Webb is currently receiving sex offender treatment through Centerstone at Luton. He is in compliance with this treatment and passed his last polygraph examination. Mr. Webb has passed all of his drug screens since starting supervision. Mr. Webb has ongoing employment and housing issues, which Mr. Webb, AFPD Wooten, and this officer have worked closely together to try and resolve.

## U.S. Probation Officer Recommendation:

It is respectfully requested that no action be taken by the Court at this time, however, should there be further violations requiring Court action, it is requested that these matters be heard at that time.

The United States Attorney's office has been consulted and concurs with this recommendation.


Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer